# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LEELENN R. BRANSCUM**                                                                 **PLAINTIFF**

**VS.**                                    **CASE NO. 1:15CV00095 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
   **Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 15th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE